In the Matter of GEORGE F. GOURAUD, Deceased.— Motion for leave

to file undertaking granted.— Motion to dismiss appeal denied. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.